**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                            06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Herms Lumber Sales, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-0679344** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **228 N. State College Blvd.** <br> **Fullerton, CA 92831** <br> Number, Street, City, State & ZIP Code <br><br> **Orange** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Herms Lumber Sales, Inc.** _____ Case number (*if known*) _____
    Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

    - ■ No.
    - ☐ Yes.

    | District | When | Case number |
    |---|---|---|
    | District _____ | When _____ | Case number _____ |
    | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

Debtor  **Herms Lumber Sales, Inc.** _____  Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Herms Lumber Sales, Inc.**    Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/19/2025
              MM / DD / YYYY

X */s/ Mark Herms*    **Mark C. Herms**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Aaron E. de Leest    Date  02/19/2025
Signature of attorney for debtor    MM / DD / YYYY

**Aaron E. de Leest**
Printed name

**MARSHACK HAYS WOOD LLP**
Firm name

**870 Roosevelt**
**Irvine, CA 92620-3663**
Number, Street, City, State & ZIP Code

Contact phone  (949) 333-7777    Email address  adeleest@marshackhays.com

**216832 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Herms Lumber Sales, Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>P.O. Box 30384<br>Salt Lake City, UT 84130 | 888.986.8263 | Business Line of Credit | | | | $127,093.15 |
| American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197 | 800.492.8468 | Credit Card | | | | $61,400.18 |
| Cali Flower Capital, Inc.<br>1 Princeton Ave<br>Brick, NJ 08724 | funding@califlowercapital.com<br>888.966.3422 | Loan | Contingent Unliquidated Disputed | $97,435.00 | $0.00 | $97,435.00 |
| Cali Flower Capital, Inc.<br>1 Princeton Ave<br>Brick, NJ 08724 | | Loan | Contingent Unliquidated Disputed | $164,890.00 | $0.00 | $164,890.00 |
| Capital One<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | | Credit Card | | | | $1,035.74 |
| Edwards Wood Products<br>P.O. Box 219<br>Marshville, NC 28103 | | Vendor | | | | $29,392.88 |
| Kalamata Capital Group<br>7315 Wisconsin Ave, Ste. 550E<br>Bethesda, MD 20814 | cs@kalamatacapitalgroup.com<br>800.200-4071 | Loan | Contingent Unliquidated Disputed | $129,272.00 | $0.00 | $129,272.00 |
| Lite Fund<br>99 Wall Street, Ste. 2613<br>New York, NY 10005 | richard@litefundco<br>202.850.9077 | Loan | Contingent Unliquidated Disputed | $146,250.00 | $0.00 | $146,250.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Herms Lumber Sales, Inc.**                                    Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Mulligan Funding LLC<br>4715 Viewridge Ave. Suite 100<br>San Diego, CA 92123 | kylezimmerman@mulliganfunding.com<br>858.427.5575 | Loan | | $394,730.00 | $0.00 | $394,730.00 |
| QFS Capital, LLC<br>7901 4th St., N. Ste. 13070<br>Saint Petersburg, FL 33702 | robert@qfscapital.com<br>754.778.8334 | Loan | Contingent<br>Unliquidated<br>Disputed | $265,813.60 | $0.00 | $265,813.60 |
| RDM Capital Funding dba FIntap<br>777 Passaic Ave, Ste. 375<br>Clifton, NJ 07012 | asharaby@fintap.com<br>877.667.4647 | Loan | Contingent<br>Unliquidated<br>Disputed | $517,455.00 | $0.00 | $517,455.00 |
| Total Quality Logistics<br>4289 Ivy Pt. Blvd.<br>Cincinnati, OH 45263 | | Vendor | | | | $2,800.00 |
| U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935 | cesc.bankruptcy@sba.gov<br>833.572.0502 | Loan | | $1,912,342.02 | $0.00 | $568,342.02 |
| Western Express, Inc.<br>7135 Centennial Place<br>Nashville, TN 37209 | | Vendor | | | | $1,400.00 |

```
Herms Lumber Sales, Inc.
228 N. State College Blvd.
Fullerton, CA 92831


Aaron E. de Leest
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
411 W. Fourth Street
Suite 7160
Santa Ana, CA 92701
```

American Express
P.O. Box 30384
Salt Lake City, UT 84130


American Express
P.O. Box 6031
Carol Stream, IL 60197


Black Olive Capital LLC
7315 Wisconsin Ave
Ste. 550E
Bethesda, MD 20814


Cali Flower Capital, Inc.
1 Princeton Ave
Brick, NJ 08724


Capital One
P.O. Box 60519
City of Industry, CA 91716-0519


CHTD Company
P.O. Box 2576
Springfield, IL 62708


Corporation Servcice Co.
P.O. Box 2576
Springfield, IL 62708


Corporation Service Co.
c/o CHTD Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

```
Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Corporation Service Co., as
Representative
P.O. Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


CSC-Lawyers Inc. Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833


CT Corporation System
330 N. Brand Blvd.
Suite 700
Glendale, CA 91203


E-Z Living Products, Inc.
2300 E. Katella Ave., Ste 4100
Anaheim, CA 92806


Edwards Wood Products
P.O. Box 219
Marshville, NC 28103


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
```

```
Finwise Bank
756 Winchester
1st. Floor
Salt Lake City, UT 84107


First Corporate Solutions, Inc.
914 S. Street
Sacramento, CA 95811


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Herms Construction & Design
2280 N. State College Blvd.
Fullerton, CA 92831


Herms Lumber and Shavings
2280 N. State College Blvd.
Fullerton, CA 92831


Industrial Forest Products, Inc.
2300 E. Katella Ave., Ste. 410
Anaheim, CA 92806


Interbranch, Inc.
2222 State College Blvd.
Fullerton, CA 92831


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
Kalamata Capital Group
7315 Wisconsin Ave, Ste. 550E
Bethesda, MD 20814


Lite Fund
99 Wall Street, Ste. 2613
New York, NY 10005


Mark Charles Herms
18371 Jocotal Ave.
Villa Park, CA 92861


Mark Herms
18371 Jocotal Ave.
Villa Park, CA 92861


Mulligan Funding LLC
4715 Viewridge Ave.
Suite 100
San Diego, CA 92123


QFS Capital, LLC
7901 4th St., N. Ste. 13070
Saint Petersburg, FL 33702


QFS Capital, LLC
252 W. 37th Street
New York, NY 10018


QFS Capital, LLC
16192 Coastal Hwy
Suite 728
Lewes, DE 19958
```

R. Gary Winger
Agent for Finwise Bank
50 E. S. Temple, Ste. 400
Salt Lake City, UT 84111


RDM Capital Funding dba FIntap
777 Passaic Ave, Ste. 375
Clifton, NJ 07012


Registered Agent Solutions, Inc.
720 14th Street
Sacramento, CA 95814


Total Quality Logistics
4289 Ivy Pt. Blvd.
Cincinnati, OH 45263


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Western Express, Inc.
7135 Centennial Place
Nashville, TN 37209


Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209